# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Direct Energy Business Marketing LLC | 12/7/2022 | 266388 | Check | $ 22,339.32 |
| Akorn Operating Company, LLC | Direct Energy Business Marketing LLC | 1/19/2023 | 266988 | Check | $ 22,873.76 |
| Akorn Operating Company, LLC | Direct Energy Business Marketing LLC | 2/1/2023 | 267113 | Check | $ 25,915.13 |
| | | | | | $ 71,128.21 |